UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD SCOTT FROST, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-65 |
| | § | |
| WILLIAM STEPHENS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner is a state prisoner currently incarcerated at the McConnell Unit in Beeville, Texas. Petitioner, who is represented by counsel, filed this habeas corpus petition pursuant to 28 U.S.C. § 2254 on March 3, 2014, alleging he received ineffective assistance of counsel. (D.E. 1). On April 8, 2014, Petitioner was ordered to show cause why his petition should not be dismissed as time barred. In response, Petitioner filed the pending Motion to Withdraw Petition. (D.E. 9).

The Motion is **GRANTED** (D.E. 9) and this case is **DISMISSED**.

ORDERED this 30th day of May, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE